RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MEGAN C. HOFFMAN
Assistant Federal Public Defender
Nevada State Bar No. 09835
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY RAY BROWN,<br><br>     Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>     Respondents. | 2:10-cv-00407-PMP-GWF<br><br>**ORDER TO TRANSPORT** |

In accordance with the Orders of this Court filed on February 6, 2012 (Clerk's Record 34) and amended on June 7, 2012 (CR 39),

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport **Johnny Ray Brown (#72408)** from Ely State Prison, Ely, Nevada, to the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada, to personally attend the evidentiary hearing scheduled for Monday, October 29, 2012 continuing through Tuesday, October 30, 2012, at 10:00 a.m. in Courtroom 7C.

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

Dated this 19th day of September, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
/s/ Megan C. Hoffman
_____
Megan C. Hoffman
Assistant Federal Public Defender
*Attorney for Johnny Ray Brown*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the office of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 28, 2012, he served a true and accurate copy of the foregoing to the United States District Court, who will e-serve the following addressee:

| | |
|---|---|
| Jared Frost<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 | Johnny Ray Brown<br>No. 72408<br>Ely State Prison<br>P.O. Box 1989<br>Ely, Nevada 89301 |

/s/ Adam Dunn
An Employee of the Federal Public
Defender's Office

O:\00 NCH\cases-open\Brown, Johnny\pld\Order to Transport (Brown).wpd