RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MEGAN C. HOFFMAN
Assistant Federal Public Defender
Nevada State Bar No. 09835
SARAH A. HENSLEY
Assistant Federal Public Defender
Nevada State Bar No. 12153C
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (FAX)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY RAY BROWN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | 2:10-cv-00407-PMP-GWF<br><br>**ORDER TO TRANSPORT** |

In accordance with the Orders of this Court filed on February 6, 2012 (Clerk's Record 34) and amended on June 7, 2012 (CR 39),

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport **Curtis Downing (#18675)** from Southern Desert Correctional Center, Indian Springs, Nevada, to the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada, to personally attend the evidentiary hearing scheduled for Monday, October 29, 2012 continuing through Tuesday, October 30, 2012, at 10:00 a.m. in Courtroom 7C.

The Clerk of Court additionally shall provide a copy of this order to the Marshall's Las Vegas office.

Dated this 2nd day of October, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:
/s/ Megan C. Hoffman
_____
Megan C. Hoffman
Assistant Federal Public Defender
*Attorney for Johnny Ray Brown*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the office of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 2, 2012, he served a true and accurate copy of the foregoing to the United States District Court, who will e-serve the following addressee:

Jared Frost
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

/s/ Adam Dunn
An Employee of the Federal Public
Defender's Office

O:\00 NCH\cases-open\Brown, Johnny\pld\Order to Transport (Downing).wpd