# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY RAY BROWN,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.,*

    *Respondents*.

2:10-cv-00407-PMP-GWF

ORDER

    IT IS ORDERED that respondents' motion (#77) for leave to file an amended answer is GRANTED, such that respondents shall have until **Friday, July 12, 2013,** within which to file a superceding amended answer that is complete in itself as a stand-alone filing.

    IT FURTHER IS ORDERED that petitioner shall have **twenty-one (21) days** from service of the amended answer within which to file a superceding amended reply that is complete in itself as a stand-alone filing.

    IT FURTHER IS ORDERED that both counsel shall include a statement in or footnote to the conclusion paragraph on each filing identifying all changes from their prior filing by page and line number.

    Extensions of these deadlines should not be sought except in extraordinary circumstances.

    DATED:  July 1, 2013.

_____
PHILIP M. PRO
United States District Judge