# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \*

| | |
|---|---|
| JOHNNY RAY BROWN, | 2:10-cv-00407-PMP-GWF |
| Petitioner, | |
| vs. | |
| BRIAN WILLIAMS, et al, | |
| Respondents. | |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 PM on **May 11, 2016** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **May 11, 2016**, the Clerk is authorized to destroy said exhibits.

Dated: April 26, 2016

_____
U.S. DISTRICT JUDGE

Petitioner's Exhibits received by: _____

**PLEASE PRINT NAME**:_____ Date:_____